UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE M. ARCINIEGA, | ) | 1:06-cv-00135-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 7) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| BERNIE ELLIS, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

**ORDER TERMINATING ACTION**

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On April 25, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED, and that the Clerk of Court be directed to enter judgment, thus terminating the action.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On May 19, 2006, Petitioner filed objections to the Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, including Petitioner's
4  objections, the Court concludes that the Magistrate Judge's
5  Findings and Recommendations are supported by the record and proper
6  analysis.  Petitioner's objections present no grounds for
7  questioning the Magistrate Judge's analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1.   The Findings and Recommendations, filed April 25, 2006,
10 are ADOPTED IN FULL;
11     2.   The Petition for Writ of Habeas Corpus is DISMISSED; and,
12     3.   The Clerk of Court enter judgment, thus TERMINATING this
13 action.
14 IT IS SO ORDERED.
15 **Dated:   June 24, 2006**                              **/s/ Oliver W. Wanger**
   emm0d6                                                 UNITED STATES DISTRICT JUDGE