*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JOOSE M. ARCINIEGA,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

vs.

CV-F-06-135 OWW/DLB HC

BERNIE ELLIS, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

_____

___X___    Denied for the following reason:

SUCCESSIVE PETITION — NO AUTHORITY
FROM COURT OF APPEALS TO FILE.

_____

_____

Dated:  8 - 16 06

OLIVER W. WANGER
United States District Judge