UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. ARCINIEGA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BERNIE ELLIS,<br><br>　　　　　Respondent. | 1:06-CV-01135-OWW-DLB-HC<br>Appeal Number 06-16591<br><br>ORDER REQUIRING PETITIONER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE<br><br>ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON COURT OF APPEALS |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On April 25, 2006, Magistrate Judge Dennis L. Beck issued a Findings and Recommendation that the petition for writ of habeas corpus be dismissed.  On June 26, 2006, District Judge Oliver W. Wanger adopted the Findings and Recommendation and dismissed the petition.  Judgment was entered on June 26, 2006.

　　　　On August 14, 2006, Petitioner filed a notice of appeal.  On August 18, 2006, the court issued an order denying the motion for certificate of appealability, and on August 22, 2006, the certificate of record was transmitted to the Court of Appeals for the Ninth Circuit.

　　　　On September 6, 2006, Petitioner filed a motion for leave to proceed in forma pauperis on appeal.  A party who was permitted to proceed in forma pauperis in the district court may proceed in

1  forma pauperis on appeal without further authorization unless the district court certifies that the
2  appeal is not taken in good faith.  See Fed. R. App. P. 24(a)(3).  In this case, Petitioner paid the filing
3  fee and did not proceed in this Court in forma pauperis.  Thus, Petitioner is not automatically entitled
4  to proceed in forma pauperis on appeal.

5       Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to
6  appeal in forma pauperis must file a motion in the district court and attach to that motion a
7  completed application to proceed in forma pauperis, along with the issues the party intends to present
8  on appeal.  Petitioner's motion, however, was not accompanied by a certified copy of his prison trust
9  account statement for the past six months.  See 28 U.S.C. 1914(a); 1915 (a).

10       The Court will provide Petitioner with the opportunity to submit either the certified copy of
11  Petitioner's prison trust account or the $455.00 filing fee.

12       Accordingly, the Court ORDERS that:

13       1.    Petitioner is DIRECTED to submit either  a certified copy of Petitioner's prison trust
14  account statement for the last six months, **or** the $455.00 filing fee, within thirty (30) days of the
15  date of service of this order; and

16       2.    The Clerk of Court is DIRECTED to serve a copy of this order on the Court of
17  Appeals for the Ninth Circuit.

19      IT IS SO ORDERED.

20      Dated:   October 4, 2006                        **/s/ Dennis L. Beck**
ah0l4d                                                            UNITED STATES MAGISTRATE JUDGE

2