UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. ARCINIEGA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BERNIE ELLIS, ) <br> ) <br> ) <br> Respondent. ) <br> ) <br> ) <br> ) <br> _____) | 1:06-CV-00135-OWW-DLB-HC <br> Appeal Number 06-16591 <br> <br> ORDER REQUIRING PETITIONER TO SUBMIT A NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND A CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE <br> <br> ORDER DIRECTING CLERK TO SEND FORM TO PETITIONER <br> <br> ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON COURT OF APPEALS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 4, 2006, the court ordered petitioner to submit a certified copy of his prison trust account statement or pay the $455.00 appeal filing fee. On October 13, 2006, petitioner submitted an application to proceed in forma pauperis and a copy of his prison trust account statement.

The court finds a discrepancy in the amount indicated as the current balance in petitioner's account. The amount written on petitioner's application is $567.94, and yet the amount shown on petitioner's trust account statement is only $0.07. In addition, the copy of petitioner's trust account statement was not a **certified** copy. For these reasons, petitioner shall be required to submit a new

1

1 application to proceed in forma pauperis and a **certified** copy of his trust account statement, or pay
2 the $455.00 appeal filing fee.
3      Accordingly, the Court ORDERS that:
4      1.   Petitioner shall submit a new application to proceed in forma pauperis and a **certified**
5 copy of his prison trust account statement for the last six months, **or** in the alternative, the $455.00
6 appeal filing fee, within thirty (30) days of the date of service of this order;
7      2.   The Clerk of Court is directed to send a form for application to proceed in forma
8 pauperis to the petitioner; and
9      3.   The Clerk of Court is directed to serve a copy of this order on the Court of Appeals
10 for the Ninth Circuit.

12      IT IS SO ORDERED.
13      Dated:   **November 20, 2006**          **/s/ Dennis L. Beck**
   ah0l4d                                UNITED STATES MAGISTRATE JUDGE